UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RANDY LEVELL,

    Plaintiff,

v.                              CASE No. 8:15-CV-42-T-30TGW

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.
_____

## REPORT AND RECOMMENDATION

In this Social Security case, the attorney in this case has withdrawn. The plaintiff is now proceeding pro se. Previously, the request to proceed in forma pauperis was denied on January 9, 2015, because the affidavit of indigency was not signed. No new request to proceed in forma pauperis has been submitted, and the filing fee has not been paid.

Therefore, I recommend that the complaint be dismissed.

Respectfully submitted,

THOMAS G. WILSON
DATED: APRIL 3, 2015    UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).